**UNIVERSITY COLLEGE LONDON MEDICAL SCHOOL**
**DIVISION OF MEDICINE**



Mark Pohl,
Pharmaceutical Patent Attorney
Pharmaceutical Patent Attorneys, LLC,
55 Madison Avenue, 4th Floor
Morristown, NJ 07960-7397
USA

31 July 2013

Dear Mr Pohl,

Thank you for asking me to comment on the possible effect on my prescribing of a 'warning letter' from the US Food and Drug Administration.

I am a full Professor of Medicine and practising internist here at University College London and its associated hospitals.

It would be my view that I would only prescribe a drug that had an FDA warning in place under very special circumstances. Here, we would almost certainly need approval from the local hospital 'Use of Medicines' committee, which oversees unusual and possibly risky deployments of medicines. The position would have to be discussed with the patient.

GW Stewart MBChB
Professor of Experimental Medicine
Honorary Consultant Physician

Prof Gordon Stewart
Sub-Dean, MBPhDs
Division of Medicine
University College London   Gower Street   London   WC1E 6BT
Tel:  +44 (0)20 7679 6193   Mobile 07776 188438  Fax:  +44 (0)20 7679 0967
g.stewart@ucl.ac.uk